**Paul HUTCHINSON, Appellant, v. UNIVERSAL MATCH CORPORATION.**

No. 12849.

Circuit Court of Appeals, Eighth Circuit.

July 13, 1944.

Fred M. Saigh, Jr., of St. Louis, Mo., for appellant.

Alfred W. Petchaft, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 52 F.Supp. 866, dismissed at costs of appellant but without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

**H. C. JONES, Individually and as Collector of Internal Revenue, v. Willie S. WRIGHT, as Sole Executrix of the Will and Estate of John H. Wright, deceased.**

No. 2930.

Circuit Court of Appeals, Tenth Circuit.

Aug. 2, 1944.

Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., for appellant.

Rainey, Flynn, Green & Anderson, of Oklahoma City, Okl., for appellee.

Before PHILLIPS and MURRAH, Circuit Judges, and RICE, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

**MACHINE TOOL & EQUIPMENT CORPORATION, Appellant, v. CADDO RIVER LUMBER COMPANY, a Corporation.**

No. 12881.

Circuit Court of Appeals, Eighth Circuit.

June 1, 1944.

Hugh M. Bland and Paul E. Gutensohn, both of Fort Smith, Ark., for appellant.

Bates, Poe & Bates, of Waldron, Ark., and McRae & Tompkins, of Prescott, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in this Court in favor of either of the parties, on motion of appellant.

**Dorsey Willard McMAHON v. UNITED STATES IMMIGRATION SERVICE.**

No. 2965.

Circuit Court of Appeals, Tenth Circuit.

July 11, 1944.

No appearance for either party.

Before PHILLIPS and MURRAH, Circuit Judges, and RICE, District Judge.

PER CURIAM.

Application for leave to file a petition for a writ of mandamus denied.